**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Daisy Hurtado<br>      <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 18-12234 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of M&T Bank as servicer for HSBC Bank USA, National Association as Trustee for Deutsche Mortgage Securities, INC., Mortgage Loan Trust, Series 2004-2 and index same on the master mailing list.

     Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734