*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Daisy Hurtado and Daisy Hurtado
    Debtor(s)

Case No: 18−12234−amc
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for Failure to Pay First & Second Installment for a total amount of $160.00

will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 6/26/18

at: 11:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: June 11, 2018

28
Form 175