United States Bankruptcy Court<br>
Eastern District of Pennsylvania

```
In re:                                                           Case No. 18-12234-amc
Daisy Hurtado                                                    Chapter 13
Daisy Hurtado
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: jch             Page 1 of 1        Date Rcvd: Jun 11, 2018
                             Form ID: 175          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2018.
```
db            +Daisy Hurtado,    MAILING ADDRESS,    198 West Chew Avenue,    Philadelphia, PA 19120-2465
db            +Daisy Hurtado,    3414 Cottman Avenue,    Philadelphia, PA 19149-1604
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

```
          ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2018 at the address(es) listed below:
```
          ERIK B. JENSEN    on behalf of Debtor Daisy  Hurtado akeem@jensenbagnatolaw.com,
           gilberto@jensenbagnatolaw.com;mjmecf@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
           Deutsche Mortgage Securities, INC., Mortgage Loan Trust, Series 2004-2 bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY    on behalf of Creditor   Wilmington Trust Company, bkyefile@rasflaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Daisy Hurtado and Daisy Hurtado
    Debtor(s)

Case No: 18−12234−amc
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for Failure to Pay First & Second Installment for a total amount of $160.00

will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 6/26/18

at: 11:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: June 11, 2018

28
Form 175