# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**Daisy Hurtado,**<br>        Debtor,<br><br>**WILMINGTON TRUST COMPANY, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A. AS TRUSTEE TO STRUCTURED ASSET SECURITIES CORPORATION PASS-THROUGH CERTIFICATES, SERIES 2003-35**<br><br>        Movant,<br><br>v.<br><br>**Daisy Hurtado, and**<br><br>**WILLIAM C. MILLER, Esq., Ch. 13 Trustee**<br>        Respondents. | **Bankruptcy No. 18-12234-amc**<br><br>**Chapter 13** |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

WILMINGTON TRUST COMPANY, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A. AS TRUSTEE TO STRUCTURED ASSET SECURITIES CORPORATION PASS-THROUGH CERTIFICATES, SERIES 2003-35 has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1); for costs and disbursements of this action, and for such other and further relief as to the Court may deem just and proper.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

   1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before August 6, 2018, (seventeen (17) days after the date of service below in accordance with Local Rules and Procedures of this Court), you or your attorney must do all of the following:

   (a) File a response in person or via mail with the Clerk explaining your position at United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 204, Philadelphia, PA 19107.
If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
   (b) Mail a copy to the movant's attorney:

   RAS Citron, LLC

18-12234-amc
18-159911
MFR

   Attorneys for Secured Creditor
   10700 Abbott's Bridge Rd., Suite 170
   Duluth, GA 30097

  2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

  3.  A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on August 7, 2018 at 11:00 A.M. in Courtroom #4, 900 Market Street, 2nd Floor, Philadelphia, PA 19107.

  4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5.  You may contact the Bankruptcy Clerk's office to find out whether the hearing has been cancelled because no one filed a response.

Dated: July 18, 2018

   **RAS Citron, LLC**
   Attorneys for Secured Creditor
   10700 Abbott's Bridge Rd., Suite 170
   Duluth, GA 30097
   Telephone No.: 973-575-0707 (local)
   Telephone No.: 561-241-6901 (main)
   By: /s/ Kevin Buttery
   Kevin Buttery, Esquire
   PA I.D. 319438
   kbuttery@rascrane.com