**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:  DAISY HURTADO,                                    Bankruptcy 18-12234-AMC
        Debtor                                                        Chapter 13

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Wilmington Trust Company as successor Trustee to Citibank, N.A.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:      Kevin W. Lynch, Esquire (4904)
                        PA Bar ID: 54832
                        1240 N. Myrtlewood St.
                        Philadelphia, PA 19121-4515
                        (215) 821-9471
                        (609) 220-7385

DOCUMENTS:    ☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.

                        ☐ All documents and pleadings of any nature.

Date:  __8/7/18_____    Signature  ___[signature]_____