## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 18-12234-amc |
| **Daisy Hurtado,** | Chapter 13 |
|     Debtor, | |
| **WILMINGTON TRUST COMPANY, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A. AS TRUSTEE TO STRUCTURED ASSET SECURITIES CORPORATION PASS-THROUGH CERTIFICATES, SERIES 2003-35** | |
|     Movant, | |
| v. | |
| **Daisy Hurtado, and** | |
| **WILLIAM C. MILLER, Esq., Ch. 13 Trustee** | |
|     Respondents. | |

## ORDER OF COURT

AND NOW, this 7th day of August, 2018, upon consideration of WILMINGTON TRUST COMPANY, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A. AS TRUSTEE TO STRUCTURED ASSET SECURITIES CORPORATION PASS-THROUGH CERTIFICATES, SERIES 2003-35's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to WILMINGTON TRUST COMPANY, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A. AS TRUSTEE TO STRUCTURED ASSET SECURITIES CORPORATION PASS-THROUGH CERTIFICATES, SERIES 2003-35; and it is further

ORDERED, that WILMINGTON TRUST COMPANY, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A. AS TRUSTEE TO STRUCTURED ASSET SECURITIES CORPORATION PASS-THROUGH CERTIFICATES, SERIES 2003-35 be entitled to proceed with appropriate state court remedies against the property located at 155 E. Roosevelt Blvd, Philadelphia, Pennsylvania 19120, including without limitation a sheriff's sale of the property, and it is further

ORDERED that WILMINGTON TRUST COMPANY, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A. AS TRUSTEE TO STRUCTURED ASSET SECURITIES CORPORATION PASS-THROUGH CERTIFICATES, SERIES 2003-35 shall provide notice of any surplus to the Trustee promptly after the property is disposed of.

BY THE COURT

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge

18-12234-amc
18-159911
MFR