UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

Andrew L. Unterlack, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, NJ 08034
(856) 330-6200
File No.: GB-339-G
Attorney for Gelt Properties, LLC

In Re:

Daisy Hurtado,

Debtors.

Case No.:  13

Chapter: 18-12234-amc

Judge: Ashley M. Chan

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of     **Gelt Properties, LLC**
filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Andrew L. Unterlack, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, New Jersey 08034

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: August 13, 2018

/s/ Andrew L. Unterlack, Esquire
Signature

*new.8/1/15*