## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

|  |  |
|---|---|
| **IN RE:** | CHAPTER 13 |
| **DAISY HURTADO,** | CASE NO. 18-12234 |
| **DEBTOR.** | HON. ASHELY M. CHAN |

_____

### STIPULATION AND CONSENT ORDER PERMITTING
### LATE FILED CLAIM OF GELT PROPERTIES, LLC, AS
### SUCCESSOR-BY-MERGER OF GELT FINANCIAL CORPORATION

**WHEREAS**, on April 2, 2018, Debtor filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code in the Eastern District of Pennsylvania, designated as Case No. 18-12234; and

**WHEREAS**, Debtor failed to include Gelt Properties, LLC, as successor-by-merger of Gelt Financial Corporation ("Gelt") on the creditor matrix; and

**WHEREAS**, the filing deadline for creditors to file a Proof of Claim was June 11, 2018; and

**WHEREAS**, Gelt did not receive timely notice of these bankruptcy proceedings; and

**WHEREAS**, Debtor will be filing amended Schedules and Plan to address the claim of Gelt; and

**WHEREAS**, in lieu of filing a Motion, the parties have agreed to permit the untimely claim of Gelt;

**WHEREAS**, this submittal is upon notice to the appointed Chapter 13 Trustee; and

**NOW THEREFORE**, the parties having conferred and agreed upon the terms of this Order, and for good cause shown, it is hereby:

**ORDERED** that Gelt Properties, LLC shall file a Proof of Claim by August 27, 2018; and it is further

**ORDERED** that the Proof of Claim of Gelt will be deemed timely filed;

**BY THE COURT:**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

The undersigned hereby consent
to the form, entry and substance
of the within Consent Order:

| **JENSEN BAGNATO, P.C.** | **EISENBERG, GOLD & AGRAWAL, P.C.** |
|---|---|
| By: */s/ Erik B. Jensen* _____ | By: */s/ Andrew L. Unterlack* _____ |
| Erik B. Jensen, Esquire | Andrew L. Unterlack, Esquire |
| Attorney for Debtor, | Attorneys for Creditor, |
| Daisy Hurtado | Gelt Properties, LLC |
| Dated: August 24, 2018 | Dated: August 24, 2018 |