United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 18-12234-amc
Daisy Hurtado                                                     Chapter 13
Daisy Hurtado
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: ChrissyW              Page 1 of 1              Date Rcvd: Aug 27, 2018
                               Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2018.
db             +Daisy Hurtado,    MAILING ADDRESS,    198 West Chew Avenue,    Philadelphia, PA 19120-2465
db             +Daisy Hurtado,    3414 Cottman Avenue,    Philadelphia, PA 19149-1604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2018 at the address(es) listed below:
              Andrew L. Unterlack    on behalf of Creditor   Gelt Properties, LLC aunterlack@egalawfirm.com,
               ebecker@egalawfirm.com
              ERIK B. JENSEN    on behalf of Debtor Daisy  Hurtado akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
               Deutsche Mortgage Securities, INC., Mortgage Loan Trust, Series 2004-2 bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor   Wilmington Trust Company, bkyefile@rasflaw.com
              KEVIN W. LYNCH    on behalf of Creditor   Wilmington Trust Company, kwlynch@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| DAISY HURTADO, | CASE NO. 18-12234 |
| DEBTOR. | HON. ASHELY M. CHAN |

**STIPULATION AND CONSENT ORDER PERMITTING
LATE FILED CLAIM OF GELT PROPERTIES, LLC, AS
SUCCESSOR-BY-MERGER OF GELT FINANCIAL CORPORATION**

**WHEREAS**, on April 2, 2018, Debtor filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code in the Eastern District of Pennsylvania, designated as Case No. 18-12234; and

**WHEREAS**, Debtor failed to include Gelt Properties, LLC, as successor-by-merger of Gelt Financial Corporation ("Gelt") on the creditor matrix; and

**WHEREAS**, the filing deadline for creditors to file a Proof of Claim was June 11, 2018; and

**WHEREAS**, Gelt did not receive timely notice of these bankruptcy proceedings; and

**WHEREAS**, Debtor will be filing amended Schedules and Plan to address the claim of Gelt; and

**WHEREAS**, in lieu of filing a Motion, the parties have agreed to permit the untimely claim of Gelt;

**WHEREAS**, this submittal is upon notice to the appointed Chapter 13 Trustee; and

**NOW THEREFORE**, the parties having conferred and agreed upon the terms of this Order, and for good cause shown, it is hereby:

ORDERED that Gelt Properties, LLC shall file a Proof of Claim by August 27, 2018; and it is further

ORDERED that the Proof of Claim of Gelt will be deemed timely filed;

BY THE COURT:

**Date: August 27, 2018**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

The undersigned hereby consent
to the form, entry and substance
of the within Consent Order:

| **JENSEN BAGNATO, P.C.** | **EISENBERG, GOLD & AGRAWAL, P.C.** |
|---|---|
| By: /s/ Erik B. Jensen | By: /s/ Andrew L. Unterlack |
| Erik B. Jensen, Esquire | Andrew L. Unterlack, Esquire |
| Attorney for Debtor, | Attorneys for Creditor, |
| Daisy Hurtado | Gelt Properties, LLC |
| Dated: August 24, 2018 | Dated: August 24, 2018 |