IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DAISY HURTADO,<br><br>                Debtor,<br><br><br>WILMINGTON TRUST COMPANY, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A. AS TRUSTEE TO STRUCTURED ASSET SECURITIES CORPORATION PASS-THROUGH CERTIFICATES, SERIES 2003-35,<br>                Movant,<br>  v.<br><br>DAISY HURTADO, and<br>WILLIAM C. MILLER, ESQ., Ch. 13 Trustee<br><br>                Respondents | Bankruptcy 18-12234-AMC<br><br>Chapter 13<br><br><br><br><br>Related to: Doc. No. 36<br><br>Hearing Date: 8/7/2018 @ 11:00 a.m. |

ORDER OF COURT

AND NOW, this 30th day of August, 2018, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved. The automatic stay is reinstated conditioned upon Debtor's fidelity to the Stipulation.

BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge