United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                    Case No. 18-12234-amc
Daisy Hurtado                                             Chapter 13
Daisy Hurtado
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: ChrissyW            Page 1 of 1                  Date Rcvd: Aug 30, 2018
                              Form ID: pdf900           Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2018.
```
db            +Daisy Hurtado,    MAILING ADDRESS,    198 West Chew Avenue,    Philadelphia, PA 19120-2465
db            +Daisy Hurtado,    3414 Cottman Avenue,    Philadelphia, PA 19149-1604
cr            +Wilmington Trust Company,,    Robertson Anschutz & Schneid, P.L.,
                6409 Congress Ave., Suite 100,    Boca Raton,, FL 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

                    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2018 at the address(es) listed below:
```
              Andrew L. Unterlack    on behalf of Creditor   Gelt Properties, LLC aunterlack@egalawfirm.com,
               ebecker@egalawfirm.com
              ERIK B. JENSEN    on behalf of Debtor Daisy  Hurtado akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
               Deutsche Mortgage Securities, INC., Mortgage Loan Trust, Series 2004-2 bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor   Wilmington Trust Company, bkyefile@rasflaw.com
              KEVIN W. LYNCH    on behalf of Creditor   Wilmington Trust Company, kwlynch@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DAISY HURTADO,<br><br>    Debtor,<br><br><br>WILMINGTON TRUST COMPANY, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A. AS TRUSTEE TO STRUCTURED ASSET SECURITIES CORPORATION PASS-THROUGH CERTIFICATES, SERIES 2003-35,<br>        Movant,<br>   v.<br><br>DAISY HURTADO, and<br>WILLIAM C. MILLER, ESQ., Ch. 13 Trustee<br><br>    Respondents | Bankruptcy 18-12234-AMC<br><br>Chapter 13<br><br><br><br>Related to: Doc. No. 36<br><br>Hearing Date: 8/7/2018 @ 11:00 a.m. |

## ORDER OF COURT

AND NOW, this 30th day of August, 2018, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved. The automatic stay is reinstated conditioned upon Debtor's fidelity to the Stipulation.

BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge