United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 18-12234-amc
Daisy Hurtado                                                                 Chapter 13
Daisy Hurtado
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW              Page 1 of 1              Date Rcvd: Apr 23, 2019
                             Form ID: pdf900             Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2019.
db             +Daisy Hurtado,    MAILING ADDRESS,    198 West Chew Avenue,    Philadelphia, PA 19120-2465
db             +Daisy Hurtado,    3414 Cottman Avenue,    Philadelphia, PA 19149-1604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14119196         E-mail/Text: camanagement@mtb.com Apr 24 2019 02:12:36      HSBC Bank USA, National Association,
                  c/o M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2019 at the address(es) listed below:
              Andrew L. Unterlack    on behalf of Creditor    Gelt Properties, LLC aunterlack@egalawfirm.com,
               ebecker@egalawfirm.com
              ERIK B. JENSEN    on behalf of Debtor Daisy  Hurtado akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Deutsche Mortgage Securities, INC., Mortgage Loan Trust, Series 2004-2 bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Wilmington Trust Company, kbuttery@rascrane.com
              KEVIN W. LYNCH    on behalf of Creditor    Wilmington Trust Company, kwlynch@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Daisy Hurtado<br>    Debtor(s) | CHAPTER 13 |
| HSBC Bank USA, National Association as Trustee for Deutsche Mortgage Securities, INC., Mortgage Loan Trust, Series 2004-2<br>    Movant<br> vs.<br>Daisy Hurtado<br>    Debtor(s)<br>William C. Miller Esq.<br>    Trustee | NO. 18-12234 AMC<br><br>11 U.S.C. Sections 362 |

**ORDER**

AND NOW, this ____ day of _____, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 3414 Cottman Avenue, Philadelphia, PA 19149 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: April 23, 2019**

                                  _____
                                  United States Bankruptcy Judge.

Daisy Hurtado
198 West Chew Avenue
Philadelphia, PA 19120

Erik B. Jensen
Jensen Bagnato, PC
1500 Walnut St., Suite 1920
Philadelphia, PA 19102

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532