United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Daisy Hurtado  
Daisy Hurtado  
    Debtors

Case No. 18-12234-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: May 01, 2019  
                     Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2019.
```
db          +Daisy Hurtado,   MAILING ADDRESS,   198 West Chew Avenue,   Philadelphia, PA 19120-2465
db          +Daisy Hurtado,   3414 Cottman Avenue,   Philadelphia, PA 19149-1604
cr          +Wilmington Trust Company,,   Robertson Anschutz & Schneid, P.L.,
              6409 Congress Ave., Suite 100,   Boca Raton,, FL 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2019 at the address(es) listed below:
```
          Andrew L. Unterlack    on behalf of Creditor    Gelt Properties, LLC aunterlack@egalawfirm.com,
           ebecker@egalawfirm.com
          ERIK B. JENSEN    on behalf of Debtor Daisy  Hurtado akeem@jensenbagnatolaw.com,
           gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           Deutsche Mortgage Securities, INC., Mortgage Loan Trust, Series 2004-2 bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY    on behalf of Creditor    Wilmington Trust Company, kbuttery@rascrane.com
          KEVIN W. LYNCH    on behalf of Creditor    Wilmington Trust Company, kwlynch@comcast.net
          LAUREN BERSCHLER KARL    on behalf of Creditor    Wilmington Trust Company, lkarl@rascrane.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>**Daisy Hurtado**<br>        Debtor<br><br>**Wilmington Trust Company, as successor trustee to Citibank, N.A. as trustee to Structured Asset Securities Corporation Pass-Through Certificates, Series 2003-35**<br>        Movant<br>v.<br><br>**Daisy Hurtado**<br>        Debtor/Respondent<br><br>**William C. Miller, Esquire**<br>        Trustee/Respondent | Bankruptcy No. 18-12234-amc<br><br>Chapter 13 |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2019, upon consideration of Wilmington Trust Company, as successor trustee to Citibank, N.A. as trustee to Structured Asset Securities Corporation Pass-Through Certificates, Series 2003-35's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Wilmington Trust Company, as successor trustee to Citibank, N.A. as trustee to Structured Asset Securities Corporation Pass-Through Certificates, Series 2003-35; and it is further

ORDERED, that Wilmington Trust Company, as successor trustee to Citibank, N.A. as trustee to Structured Asset Securities Corporation Pass-Through Certificates, Series 2003-35, its successor and/or assigns are entitled to proceed with appropriate state court remedies against the property located at 155 E. Roosevelt Blvd, Philadelphia, Pennsylvania 19120, including without limitation a sheriff's sale of the property, and it is further

BY THE COURT

**Date: May 1, 2019**

_____
**HONORABLE ASHELY M. CHAN**
**U.S. BANKRUPTCY COURT JUDGE**