United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-12234-amc
Daisy Hurtado                                                       Chapter 13
Daisy Hurtado
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2          Date Rcvd: May 08, 2019
                              Form ID: pdf900         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
db           +Daisy Hurtado,    MAILING ADDRESS,    198 West Chew Avenue,    Philadelphia, PA 19120-2465
db           +Daisy Hurtado,    3414 Cottman Avenue,    Philadelphia, PA 19149-1604
cr           +Wilmington Trust Company,,    Robertson Anschutz & Schneid, P.L.,
               6409 Congress Ave., Suite 100,    Boca Raton,, FL 33487-2853
14087820     +First Federal Credit & Collections,    24700 Chagrin Blvd,    Suite 205,
               Cleveland, OH 44122-5662
14186629    ++GELT PROPERTIES LLC,    501 WASHINGTON LANE,    SUITE 201,    JENNKINTOWN PA 19046-3145
             (address filed with court: Gelt Properties, LLC,    501 Washington Lane, Suite 201,
               Jenkintown, PA 19046)
14087821     +Jensen Bagnato, P.C.,    1500 Walnut Street,    Suite 1920,    Philadelphia, PA 19102-3509
14100495     +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
               Attn: Bankruptcy Dept 3F
14112178     +WILMINGTON TRUST COMPANY,    Nationstar Mortgage LLC d/b/a Mr. Cooper,    ATTN: Bankruptcy Dept,
               PO Box 619096,    Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov May 09 2019 02:42:39     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 09 2019 02:42:36     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14195599      E-mail/Text: megan.harper@phila.gov May 09 2019 02:42:39     City of Philadelphia,
               Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
14119196      E-mail/Text: camanagement@mtb.com May 09 2019 02:42:15     HSBC Bank USA, National Association,
               c/o M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288
14113515      E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2019 02:42:17
               Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
               Harrisburg PA 17128-0946
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
cr*         ++GELT PROPERTIES LLC,    501 WASHINGTON LANE,    SUITE 201,    JENNKINTOWN PA 19046-3145
             (address filed with court: Gelt Properties, LLC,    501 Washington Lane,    Suite 201,
               Jenkintown, PA  19046)
14111333*    +First Federal Credit & Collections,    24700 Chagrin Blvd,    Suite 205,
               Cleveland, OH 44122-5662
14111334*    +Jensen Bagnato, P.C.,    1500 Walnut Street,    Suite 1920,    Philadelphia, PA 19102-3509
                                                                                     TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
              Andrew L. Unterlack    on behalf of Creditor   Gelt Properties, LLC aunterlack@egalawfirm.com,
               ebecker@egalawfirm.com
              ERIK B. JENSEN    on behalf of Debtor Daisy  Hurtado akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

```
District/off: 0313-2           User: ChrissyW              Page 2 of 2                    Date Rcvd: May 08, 2019
                               Form ID: pdf900             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        KEVIN G. MCDONALD    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for Deutsche Mortgage Securities, INC., Mortgage Loan Trust, Series 2004-2 bkgroup@kmllawgroup.com
        KEVIN M. BUTTERY    on behalf of Creditor    Wilmington Trust Company, kbuttery@rascrane.com
        KEVIN W. LYNCH    on behalf of Creditor    Wilmington Trust Company, kwlynch@comcast.net
        LAUREN BERSCHLER KARL    on behalf of Creditor    Wilmington Trust Company, lkarl@rascrane.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
        TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | | : | Chapter 13 |
| | | : | |
| Daisy Hurtado | | : | |
| | Debtor | : | Bankruptcy No. 18-12234-amc |

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Erik B. Jensen, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtors request to retain jurisdiction at the Motion to Dismiss hearing on May 7, 2019 IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on _May 28_, 2019, at _11:00 AM_ in Bankruptcy Courtroom No. 4, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before _5/10/19_.

_____    5/7/19
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:   Erik B. Jensen, Esquire
      Jensen Bagnato, P.C.
      1500 Walnut Street, Suite 1920
      Philadelphia, PA 19102

      William C. Miller, Esquire
      Chapter 13 Standing Trustee
      P.O. Box 40119
      Philadelphia, PA 19106-0119