UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

Daisy Hurtado

          Debtor(s).

13

Bky No. 18-12234-amc

## ORDER

**AND NOW,** this _____ day of _____, 2019, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C.**,** counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $3,500.00 less $1,500.00 already paid with a remaining balance of $2,000.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

**BY THE COURT:**

_____
Hon. Ashely M. Chan
**U.S. BANKRUPTCY JUDGE**

**CC:** **Jensen Bagnato, P.C.**
**ERIK B. JENSEN, ESQUIRE**
**1500 Walnut Street**
**Suite 1920**
**Philadelphia, PA   19102**

    William C. Miller, Esquire
    Chapter 13 Trustee
    Post Office Box 40119
    Philadelphia, PA 19106

*******************************************

    Daisy Hurtado
    198 West Chew Avenue
    Philadelphia, PA 19120