UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

Daisy Hurtado

                Debtor(s).

13

Bky No. 18-12234-amc

## ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $3,500.00 less $1,500.00 already paid with a remaining balance of $2,000.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

**Date: May 28, 2019**

**BY THE COURT:** *[signature]*

_____
Hon. Ashely M. Chan
**U.S. BANKRUPTCY JUDGE**

CC:    **Jensen Bagnato, P.C.**
        **ERIK B. JENSEN, ESQUIRE**
        **1500 Walnut Street**
        **Suite 1920**
        **Philadelphia, PA   19102**

        William C. Miller, Esquire
        Chapter 13 Trustee
        Post Office Box 40119
        Philadelphia, PA 19106

******************************************

        Daisy Hurtado
        198 West Chew Avenue
        Philadelphia, PA 19120