United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-12234-amc
Daisy Hurtado                                                       Chapter 13
Daisy Hurtado
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW          Page 1 of 1           Date Rcvd: May 28, 2019
                             Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
db             +Daisy Hurtado,    MAILING ADDRESS,   198 West Chew Avenue,    Philadelphia, PA 19120-2465
db             +Daisy Hurtado,    3414 Cottman Avenue,   Philadelphia, PA 19149-1604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2019 at the address(es) listed below:
              Andrew L. Unterlack    on behalf of Creditor   Gelt Properties, LLC aunterlack@egalawfirm.com,
               ebecker@egalawfirm.com
              ERIK B. JENSEN    on behalf of Debtor Daisy  Hurtado akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
               Deutsche Mortgage Securities, INC., Mortgage Loan Trust, Series 2004-2 bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor   Wilmington Trust Company, kbuttery@rascrane.com
              KEVIN W. LYNCH    on behalf of Creditor   Wilmington Trust Company, kwlynch@comcast.net
              LAUREN BERSCHLER KARL    on behalf of Creditor   Wilmington Trust Company, lkarl@rascrane.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Daisy Hurtado

              Debtor(s).

13

Bky No. 18-12234-amc

**ORDER**

      **AND NOW,** this _____ day of _____, 2019, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C.**,** counsel for debtor(s) and after notice it is hereby

      **ORDERED** that counsel fees in the amount $3,500.00 less $1,500.00 already paid with a remaining balance of $2,000.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

**Date: May 28, 2019**

BY THE COURT:

_____
Hon. Ashely M. Chan
**U.S. BANKRUPTCY JUDGE**

CC:    **Jensen Bagnato, P.C.**
        **ERIK B. JENSEN, ESQUIRE**
        **1500 Walnut Street**
        **Suite 1920**
        **Philadelphia, PA   19102**

        William C. Miller, Esquire
        Chapter 13 Trustee
        Post Office Box 40119
        Philadelphia, PA 19106

*******************************************

        Daisy Hurtado
        198 West Chew Avenue
        Philadelphia, PA 19120